UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
PETE CHALIF,
BARRY GREENE,
CHRISTOPHER HERNANDEZ, and   09 Civ. 0494(LAK)(DFE)
SHAHESA CARVALHO,

          (This is not an ECF case)

      Plaintiffs,

          MEMORANDUM AND ORDER

   - against-

NEW YORK STATE OFFICE OF MENTAL
HEALTH (OMH), et al.,

      Defendants.
-------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/14/09

DOUGLAS F. EATON, United States Magistrate Judge.

  1. In a letter dated April 9, 2009, Mr. Chalif asked me to reschedule the May 4, 2009 initial case management conference to either May 1 or May 8, 2009.

  2. On April 13, 2009, my law clerk obtained the consent of La Voughn Rahman, AAG Velez's legal assistant, to change the date of the conference to May 8, 2009 at 10:00 a.m.  Ms. Rahman then faxed to me a revised Writ of Habeas Corpus Ad Testificandum for Ms. Carvalho to attend the conference in person.

  3. I have signed the revised Writ of Habeas Corpus Ad Testificandum for Ms. Carvalho, and have annexed a copy of the signed Writ to this Memorandum and Order.

  4. I direct Mr. Chalif, Mr. Greene, Mr. Hernandez, and AAG Velez to come to **Courtroom 18A at 500 Pearl Street on Friday, May 8, 2009 at 10:00 a.m. sharp** for my initial case management conference.  I advise the plaintiffs that 500 Pearl Street is the United States Courthouse, located just east of 60 Centre Street and just south of Worth Street.  I also advise them to arrive at the Courthouse by 9:30 a.m., because there are often long lines at the metal detectors, and cell phones must be checked with the guards.

  5. I direct Ms. Carvalho to call my chambers at 212-805-6175 and to call AAG Velez's legal assistant, Ms. Rahman at 212-416-6054 if her address changes to a transitional facility.  In that event, I will withdraw the Writ and Ms. Carvalho should come

USDC SDNY
DATE SCANNED 4/14/09

to Courtroom 18A at her own expense, also on May 8, 2009 at 10:00 a.m. sharp.

6.  If any of the other plaintiffs has an address change before the conference, then I direct him to call my chambers at 212-805-6175 and to call Ms. Rahman at 212-416-6054 with the new address (and any telephone number).

7.  With respect to any change of address that occurs after May 4, 2009, plaintiffs are required to give prompt written notice, to the Pro Se Office, and to AAG Velez, and to my chambers, about each change of his or her mailing address. Failure to do so may result in a dismissal of his or her lawsuit.

8.  The address of the Pro Se Office is Room 230, United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, and its telephone number is (212) 805-0175.  It can provide assistance in connection with the Court's procedures, but it cannot give legal advice.

_____
DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181

Dated:    New York, New York
          April 14, 2009

Copies of this Memorandum and Order (and of the Writ pertaining to Ms. Carvalho) are being mailed to:

Pete Chalif
Riverview Transitional Residence
Building #110 Wards Island Complex
New York, NY 10035

Barry Greene
Riverview Transitional Residence
Building #110 Wards Island Complex
New York, NY 10035

Christopher Hernandez
Riverview Transitional Residence

Building #110 Wards Island Complex
New York, NY 10035

Shahesa Carvalho
Manhattan Psychiatric Center
600 East 125th Street
Wards' Island
New York, NY 10035

Jose L. Velez, Esq.
Assistant Attorney General
State of New York
120 Broadway
New York, NY 10271-0332

Pro Se Office
U.S. Courthouse
500 Pearl Street, Room 230
New York, NY 10007

Hon. Lewis A. Kaplan