UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PETE CHALIF, et al.,

                Plaintiffs,

     -against-                                         09 Civ. 0494 (LAK)

NEW YORK STATE OFFICE OF MENTAL HYGIENE
(OMH), et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      A suggestion of the death of plaintiff Pete Chalif having been made, notice is hereby given, pursuant to Fed. R. Civ. P. 25(a)(1), that the action, if it is not extinguished by Mr. Chalif's death, will be dismissed as to him absent the filing, on or before the ninetieth (90th) day after the date hereof, of a motion for substitution by the decedent's successor or representative.

      SO ORDERED.

Dated:     July 6, 2009

                                                    Lewis A. Kaplan
                                            United States District Judge